Dean Gazzo Roistacher LLP
Mitchell D. Dean [SBN 128926]
Heather E. Paradis [SBN 276650]
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
          hparadis@deangazzo.com

Attorneys for Defendant
CITY OF LA MESA, LA MESA POLICE
DEPARTMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEELEE SEGURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LA MESA, a municipal entity; La Mesa Police Department, a municipal entity and UNKNOWN LA MESA CITY & POLICE DEPARTMENT PERSONNEL (DOES 1-25) inclusive,<br><br>Defendant. | Case No.: 21CV0565 JMMDD<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Judge Jeffrey T. Miller<br>Magistrate Judge: Mitchell D. Dembin<br><br>Complaint Filed: 3/31/21<br>Trial Date: None set |

Defendant City of La Mesa/La Mesa Police Department ("Defendant") hereby answer plaintiff's complaint as follows:

1.      Answering paragraph 1, Defendant responds as follows: Without admitting the allegations in the complaint are true, and given the affirmative defenses to the allegations of the complaint, Defendant admits that jurisdiction is conferred upon this Court pursuant to Title 28 of the United States Code § 1331 and that supplemental jurisdiction is conferred upon this Court pursuant to Title 28 of the United States Code § 1367(a).

///

1

2.     Answering paragraph 2, Defendant respond as follows: Without admitting the allegations of the complaint are true, and given the affirmative defenses to the allegations of the complaint, Defendant admits that venue is proper in the Southern District of California.

3.     Answering paragraph 3, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies the allegations.

4.     Answering paragraph 4, Defendant responds as follows: Admit that City of La Mesa is a California public entity.

5.     Answering paragraph 5, Defendant responds as follows: Admit that the La Mesa Police Department is part of the City of La Mesa.

6.     Answering paragraph 6, Defendant responds as follows: Deny.

7.     Answering paragraph 7, Defendant responds as follows: As to Does, Defendant does not know the identity of those individuals and on that basis denies these allegations.

8.     Answering paragraph 8, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

9.     Answering paragraph 9, Defendant responds as follows: Admit only that a claim was submitted to the City. Deny all other allegations as phrased.

10.     Answering paragraph 10, Defendant responds as follows: No response is required as this paragraph does not contain any substantive or factual allegations related to the claims in this lawsuit. However, to the extent that this paragraph contains substantive or factual allegations related to this lawsuit, Defendant denies each and every allegation contained therein.

11.     Answering paragraph 11, Defendant responds as follows: No response is required as this paragraph does not contain any substantive or factual

2

allegations related to the claims in this lawsuit. However, to the extent that this paragraph contains substantive or factual allegations related to this lawsuit, Defendant denies each and every allegation contained therein.

12.   Answering paragraph 12, Defendant responds as follows: No response is required as this paragraph does not contain any substantive or factual allegations related to the claims in this lawsuit. However, to the extent that this paragraph contains substantive or factual allegations related to this lawsuit, Defendant denies each and every allegation contained therein.

13.   Answering paragraph 13, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

14.   Answering paragraph 14, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis deny these allegations.

15.   Answering paragraph 15, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

16.   Answering paragraph 16, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

17.   Answering paragraph 17, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

18.   Answering paragraph 18, Defendant responds as follows: Defendant admits only that LMPD officers were present in police gear. Deny all other allegations as phrased.

///

///

19. Answering paragraph 19, Defendant responds as follow: Defendant admits that LMPD officers were present on the second floor in police gear. Deny all other allegations as phrased.

20. Answering paragraph 20, Defendant responds as follows: Deny as phrased.

21. Answering paragraph 21, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny what an unknown person may have said and on that basis denies the allegations.

22. Answering paragraph 22, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

23. Answering paragraph 23, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

24. Answering paragraph 24, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

25. Answering paragraph 25, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

26. Answering paragraph 26, Defendant responds as follows: Deny.

27. Answering paragraph 27, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

28. Answering paragraph 28, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

///

29.     Answering paragraph 29, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

30.     Answering paragraph 30, Defendant responds as follows: Deny.

31.     Answering paragraph 31, Defendant responds as follows: Deny.

32.     Answering paragraph 32, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

33.     Answering paragraph 33, Defendant responds as follows: Deny.

34.     Answering paragraph 34, Defendant responds as follows: Deny.

35.     Answering paragraph 35, Defendant responds as follows: Deny.

36.     Answering paragraph 36, Defendant responds as follows: Answering party is without sufficient information or knowledge to admit or deny and on that basis denies these allegations.

37.     Answering paragraph 37, Defendant responds as follows: No response is necessary to this paragraph as it does not contain any substantive or factual allegations. However, Defendant reasserts its responses to paragraphs 1-36 above.

38.     Answering paragraph 38, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

39.     Answering paragraph 39: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

5

40.     Answering paragraph 40, Defendant responds as follow: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

41.     Answering paragraph 41, Defendant responds as follows: Deny.

42.     Answering paragraph 42, Defendant responds as follows: Deny.

43.     Answering paragraph 43, Defendant responds as follows: As to Does, Defendant does not know the identity of those individuals and on that basis denies these allegations.

44.     Answering paragraph 44, Defendant responds as follows: Deny.

45.     Answering paragraph 45, Defendant responds as follows: Deny.

46.     Answering paragraph 46, Defendant responds as follows: Deny.

47.     Answering paragraph 47, Defendant responds as follows: Deny.

48.     Answering paragraph 48, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

49.     Answering paragraph 49, Defendant responds as follows: No response is necessary to this paragraph as it does not contain any substantive or factual allegations. However, Defendant reasserts its responses to paragraphs 1-48 above.

50.     Answering paragraph 50, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

51.     Answering paragraph 51, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no

response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

52.     Answering paragraph 52, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

53.     Answering paragraph 53, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

54.     Answering paragraph 54, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

55.     Answering paragraph 55, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

56.     Answering paragraph 56, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

57.     Answering paragraph 57, Defendant responds as follows: No response is necessary to this paragraph as it does not contain any substantive or factual allegations. However, Defendant reasserts its responses to paragraphs 1-56 above.

58.     Answering paragraph 58, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no

1   response is required. To the extent this paragraph contains substantive or factual
2   allegations, Defendant denies each and every allegation contained therein.

3       59.    Answering paragraph 59, Defendant responds as follows: Deny.

4       60.    Answering paragraph 60, Defendant responds as follows: Defendant
5   avers that the allegations of said paragraph state a legal conclusion to which no
6   response is required. To the extent this paragraph contains substantive or factual
7   allegations, Defendant denies each and every allegation contained therein.

8       61.    Answering paragraph 61, Defendant responds as follows: Defendant
9   avers that the allegations of said paragraph state a legal conclusion to which no
10  response is required. To the extent this paragraph contains substantive or factual
11  allegations, Defendant denies each and every allegation contained therein.

12      62.    Answering paragraph 62, Defendant responds as follows: As to Does,
13  Defendant does not know the identity of those individuals and on that basis denies
14  these allegations.

15      63.    Answering paragraph 63, Defendant responds as follows: Defendant
16  avers that the allegations of said paragraph state a legal conclusion to which no
17  response is required. To the extent this paragraph contains substantive or factual
18  allegations, Defendant denies each and every allegation contained therein.

19      64.    Answering paragraph 64, Defendant responds as follows: Defendant
20  avers that the allegations of said paragraph state a legal conclusion to which no
21  response is required. To the extent this paragraph contains substantive or factual
22  allegations, Defendant denies each and every allegation contained therein.

23      65.    Answering paragraph 65, Defendant responds as follows: No
24  response is necessary to this paragraph as it does not contain any substantive or
25  factual allegations. However, Defendant reasserts its responses to paragraphs 1-64
26  above.

27      66.    Answering paragraph 66, Defendant responds as follows: Defendant
28  avers that the allegations of said paragraph state a legal conclusion to which no

response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

67.    Answering paragraph 67, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

68.    Answering paragraph 68, Defendant responds as follows: As to Does, Defendant does not know the identity of those individuals and on that basis denies these allegations.

69.    Answering paragraph 69, Defendant responds as follows: No response is necessary to this paragraph as it does not contain any substantive or factual allegations. However, Defendant reasserts its responses to paragraphs 1-69 above.

70.    Answering paragraph 70, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

71.    Answering paragraph 71, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

72.    Answering paragraph 72, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

73.    Answering paragraph 73, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no

response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

74.     Answering paragraph 74, Defendant responds as follows: As to Does, Defendant does not know the identity of those individuals and on that basis denies these allegations.

75.     Answering paragraph 75, Defendant responds as follows: No response is necessary to this paragraph as it does not contain any substantive or factual allegations. However, Defendant reasserts its responses to paragraphs 1-74 above.

76.     Answering paragraph 76, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

77.     Answering paragraph 77, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

78.     Answering paragraph 78, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

79.     Answering paragraph 79, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

80.     Answering paragraph 80, Defendant responds as follows: No response is necessary to this paragraph as it does not contain any substantive or

factual allegations. However, Defendant reasserts its responses to paragraphs 1-79 above.

81.     Answering paragraph 81, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

82.     Answering paragraph 82, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

83.     Answering paragraph 83, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

84.     Answering paragraph 84, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

85.     Answering paragraph 85, Defendant responds as follows: Defendant avers that the allegations of said paragraph state a legal conclusion to which no response is required. To the extent this paragraph contains substantive or factual allegations, Defendant denies each and every allegation contained therein.

86.     Answering paragraph 86, Defendant responds as follows: No response is necessary to this paragraph as it does not contain any substantive or factual allegations. However, Defendant reasserts its responses to paragraphs 1-85 above.

87.     Answering paragraph 87, Defendant responds as follows:

11

1   Defendant avers that the allegations of said paragraph state a legal conclusion to
2   which no response is required. To the extent this paragraph contains substantive
3   or factual allegations, Defendant denies each and every allegation contained
4   therein.

5        88.    Answering paragraph 88, Defendant responds as follows: Defendant
6   avers that the allegations of said paragraph state a legal conclusion to which no
7   response is required. To the extent this paragraph contains substantive or factual
8   allegations, Defendant denies each and every allegation contained therein.

9        89.    Answering paragraph 89, Defendant responds as follows: Defendant
10  avers that the allegations of said paragraph state a legal conclusion to which no
11  response is required. To the extent this paragraph contains substantive or factual
12  allegations, Defendant denies each and every allegation contained therein.

13       90.    Answering paragraph 90, Defendant responds as follows: Defendant
14  avers that the allegations of said paragraph state a legal conclusion to which no
15  response is required. To the extent this paragraph contains substantive or factual
16  allegations, Defendant denies each and every allegation contained therein.

17                           **AFFIRMATIVE DEFENSES**

18       As separate and distinct affirmative defenses to each cause of action
19  alleged in the complaint, Defendant asserts the following:

20                      FIRST AFFIRMATIVE DEFENSE

21       91.    Plaintiff's complaint fails to state a claim upon which relief may be
22  granted.

23                      SECOND AFFIRMATIVE DEFENSE

24       92.    Answering defendant is informed and believe that if it is held
25  responsible for the injuries and damages to plaintiff, if any, plaintiff was at fault
26  and any award to plaintiff must be reduced in proportion to the fault attributed to
27  her.

28  ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD AFFIRMATIVE DEFENSE

93.    Answering defendant is informed and believe that the damages suffered by plaintiff, if any, were the actual and proximate result of the acts and/or omissions of others over which this answering defendant exercises no control and answering defendant's liability, if any, is limited in direct proposition to that percentage of fault actually attributed to answering defendant.

FOURTH AFFIRMATIVE DEFENSE

94.    Answering defendant is informed and believe that plaintiff is barred from pursuing certain state law causes of action based on the failure to comply with the claims requirements of the California Government Code.

FIFTH AFFIRMATIVE DEFENSE

95.    Answering defendant is informed and believes that plaintiff's claims for damages are, in part, barred by the applicable statute of limitations.

SIXTH AFFIRMATIVE DEFENSE

96.    Answering defendant is informed and believes that plaintiff has failed to mitigate her damages.

SEVENTH AFFIRMATIVE DEFENSE

97.    Answering defendant is informed and believes that LMPD officers are immune from liability under 42 U.S.C. section 1983 under the doctrine of qualified immunity.

EIGHTH AFFIRMATIVE DEFENSE

98.    Answering defendant is informed and believes that it is immune from liability for state law claims under Government Code section 815.2, 818.2, 818.8, 820.2, 820.4, 820.8, 821, 821.6, 822.2845.8, and Penal Code section 835a.

NINTH AFFIRMATIVE DEFENSE

99.    Answering defendant is informed and believes that each and every act or omission of its employees, if any, were made or done in good faith and in

13

the reasonable belief in the necessity or propriety of such act or omission for the proper execution and enforcement of the law.

TENTH AFFIRMATIVE DEFENSE

100. Answering defendant alleges that plaintiff's rights, privileges, and immunities secured under the Constitution and/or laws of the United States, have not been violated by any alleged conduct of this answering defendant.

ELEVENTH AFFIRMATIVE DEFENSE

101. At the time and place referenced in the complaint, and before such event, plaintiff knew, appreciated and understood each and every risk involved in placing herself in the position when she willingly and voluntarily assumed each of said risks, including, but not limited to, the risk of suffering personal bodily injury or law deprivation of right(s).

TWELFTH AFFIRMATIVE DEFENSE

102. Answering defendant alleges that the acts complained of by plaintiff were provoked by plaintiff's unlawful and wrongful conduct, and the force and/or physical contact, if any, used was not excessive or unreasonable under the circumstances.

THIRTEENTH AFFIRMATIVE DEFENSE

103. Answering defendant alleges that plaintiff's complaint fails to state facts sufficient to set forth a claim for punitive damages.

FOURTEENTH AFFIRMATIVE DEFENSE

104. Answering defendant alleges that plaintiff's claims are barred by the equitable doctrines of estoppel, laches, and unclean hands.

FIFTEENTH AFFIRMATIVE DEFENSE

105. At all relevant times, the LMPD officers acted within their scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to the applicable statutes, rules and regulations within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and

14

state laws.  *Harlow v. Fitzgerald* 457 U.S. 800 (2007).  *Saucier v. Katz* 533 U.S. 194 (2001).

SIXTEENTH AFFIRMATIVE DEFENSE

106.   Defendant did not engage in extreme and outrageous conduct with the intent of causing or reckless disregard of the probability of causing emotional distress.

SEVENTEENTH AFFIRMATIVE DEFENSE

107.   Defendant is not liable for plaintiff's injuries or damages as its policies, customs and practices were constitutional, lawful, reasonable and/or not a direct or proximate cause of injury to plaintiff.

EIGHTEENTH AFFIRMATIVE DEFENSE

108.   Defendant alleges that none of their agents and/or employees engaged in any interference, or attempts to interfere, by threats, intimidation, violence of coercion with plaintiff's exercise or enjoyment of his constitutional rights.

NINETEENTH AFFIRMATIVE DEFENSE

109.   Answering defendant currently has insufficient knowledge or information upon which to determine whether additional affirmative defenses may be available to it which has not yet been asserted in this answer, and therefore reserve the right to assert additional affirmative defenses upon subsequent discovery, investigation, and analysis.

**PRAYER**

**WHEREFORE**, Defendant prays that judgment be entered in its favor as follows:

       1.   That the complaint be dismissed with prejudice;

       2.   That plaintiff takes nothing by way of her complaint;

       3.   That Defendant be awarded their costs of suit and reasonable attorneys' fees herein;

15

1     4. That the sole liability of this answering defendant, if any, be

2   limited in proportion to the degree of fault attributable to this

3   answering defendant; and

4     5. That answering defendant recover such other and further relief

5   as the court deems proper.

6        **<u>DEMAND FOR JURY TRIAL</u>**

7    Defendant demands a jury trial of all issues triable by jury under applicable

8 law.

9

10 Dated: June 4, 2021       Dean Gazzo Roistacher LLP

11

12         By:  /s/ Mitchell D. Dean

13            Mitchell D. Dean

             Heather E. Paradis

14           Attorneys for Defendant

15           CITY OF LA MESA,

             LA MESA POLICE

16           DEPARTMENT

17

18

19

20

21

22

23

24

25

26

27

28